**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 19-1384**

—————————

YOLANDA E. JIMENEZ-VENTURA; A. P. Q. J.,

Petitioner,

v.

WILLIAM P. BARR, Attorney General,

Respondent.

—————————

On Petition for Review of an Order of the Board of Immigration Appeals.

—————————

Submitted:  October 29, 2019                    Decided:  January 16, 2020

—————————

Before GREGORY, Chief Judge, HARRIS, Circuit Judge, and SHEDD, Senior Circuit Judge.

—————————

Petition denied by unpublished per curiam opinion.

—————————

Michael E. Rosado, LAW OFFICES OF ROSADO & SOLTREN, P.C., Beltsville, Maryland, for Petitioner.  Joseph H. Hunt, Assistant Attorney General, Margaret Kuehne Taylor, Senior Litigation Counsel, Rodolfo D. Saenz, Office of Immigration Litigation, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Yolanda E. Jimenez-Ventura and her minor child, natives and citizens of El Salvador, petition for review of an order of the Board of Immigration Appeals (Board) dismissing their appeal from the immigration judge's decision denying their motion to reopen and rescind their in absentia removal order. We have reviewed the administrative record and the Board's order and find no abuse of discretion. *See* 8 C.F.R. § 1003.23(b) (2019). We therefore deny the petition for review for the reasons stated by the Board. *See In re Jimenez-Ventura* (B.I.A. Mar. 12, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*